Cynthia Tsai (SBN: 265151)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Email: ctsai@gordonrees.com

Attorneys for Defendant
COMPASS ASIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANDERSON, ROWE & BUCKLEY, INC., OLD REPUBLIC GENERAL INSURANCE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>FERGUSON ENTERPRISES, INC., MUELLER INDUSTRIES, COMPASS ASIA, DOES 1 through 10,<br><br>Defendants. | CASE NO. 4:11-cv-01428-LB<br><br>STIPULATION AND [PROPOSED] ORDER TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANT COMPASS ASIA, INC.<br><br>Judge: Hon. Laurel Beeler<br>Courtroom: 4, 3rd Floor |

WHEREAS, Plaintiffs filed the Complaint in this action on January 31, 2011 in the Superior Court of the State of California in and for the County of San Francisco, case number CFC-11-507771;

WHEREAS, Plaintiffs attempted to serve the Summons and Complaint on Defendant Compass Asia, Inc. on February 2, 2011 in Taipei, Taiwan;

WHEREAS, Plaintiffs also attempted to serve the Summons and Complaint on defendant Compass Asia, Inc.'s subsidiary, Compass Asia USA, Inc., on February 5, 2011, in Largo, Florida;

WHEREAS, Plaintiffs there filed a First Amended Complaint on February 7, 2011 in the Superior Court of the State of California in and for the County of San Francisco, case number CFC-11-507771;

1. WHEREAS, Plaintiffs attempted to serve the Summons and First Amended Complaint on Defendant Compass Asia, Inc. on February 17, 2011 in Taipei, Taiwan;

2. WHEREAS, Plaintiffs attempted to serve the Summons and First Amended Complaint on defendant Compass Asia, Inc.'s subsidiary, Compass Asia USA, Inc., on February 17, 2011, in Largo, Florida;

3. WHEREAS, on March 24, 2011, Defendant Mueller Industries, Inc. filed a Notice of Removal of Action Under 28 U.S.C. §§ 1441, 1446, and 1332 (Diversity) and Request for Jury Trial;

4. WHEREAS, this action was removed to the United States District Court for the Northern District of California, case number 4:11-cv-01428-LB;

5. WHEREAS, the parties dispute whether Service of Process occurred as required under the Federal Rules of Civil Procedure;

NOW, THEREFORE, the parties hereto, by and through their respective undersigned counsel, hereby stipulate as follows:

1. The Default entered by the Clerk on June 6, 2011 against Defendant Compass Asia, Inc. be set aside;

2. The Summons and First Amended Complaint in this action be deemed served on July 5, 2011 such that Compass Asia, Inc.'s Answer under the Federal Rules of Civil Procedure, shall be due on July 26, 2011;

3. The parties will participate in early Alternative Dispute Resolution ("ADR") before engaging in any discovery, other than Federal Rule of Civil Procedure 2(g)(f) disclosures, which are currently due on August 4, 2011;

4. Compass Asia, Inc. will not file any motions pending the outcome of ADR, but does not waive any affirmative defenses by filing its Answer to the First Amended Complaint.

///
///
///
///

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 19, 2011

Respectfully submitted,

GORDON & REES LLP

By _____
Cynthia Tsai
Attorneys for Defendant
COMPASS ASIA, INC.

Dated: July 19, 2011

BOORNAZIAN JENSEN & GARTH

By _____
David J. Garthe
Pamela L. Vartabedian
Attorneys for Plaintiffs
ANDERSON, ROWE & BUCKLEY, INC.,
OLD REPUBLIC GENERAL
INSURANCE CORPORATION

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

3

STIPULATION AND [PROPOSED] ORDER TO
SET ASIDE ENTRY OF DEFAULT

CASE NO. 4:11-cv-01428-LB

## ORDER

Pursuant to the parties' Stipulation, the default entered against Defendant Compass Asia, Inc. on June 6, 2011 (Dkt. 15) is set aside. The First Amended Complaint shall be deemed served on July 5, 2011. Defendant Compass Asia, Inc. does not waive any affirmative defenses by filing its Answer to the First Amended Complaint.

Further, the parties will participate in early ADR before filing any motions or engaging in any discovery, other than Federal Rule of Civil Procedure 2(g)(f) disclosures, which are currently due on August 4, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __August 3, 2011__



LAUREL BEELER
United States Magistrate Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111