UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANDERSON, ROWE & BUCKLEY, INC., OLD REPUBLIC GENERAL INSURANCE CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>FERGUSON ENTERPRISES, INC., MUELLER INDUSTRIES, COMPASS ASIA, DOES 1 through 10,<br><br>　　　　　Defendants. | Case No.: C 11-01428 LB<br>ASSIGNED TO MAGISTRATE JUDGE LAUREL BEELER<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR AUGUST 11, 2011**<br><br>Date:　　　August 11, 2011<br>Time:　　　10:30 a.m.<br>Courtroom:　4 |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the initail case management conference currently scheduled for August 11, 2011, at 10:30 a.m., shall be continued until December __1__, 2011. at 10:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August __5__, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Laurel Beeler, United States Magistrate Judge

-4-

STIPULATED REQUEST TO CONTINUE INITIAL CMC; USDC-Nor. Dist. Of CA Case No. C 11-01428 LB