ALSTON & BIRD LLP
Joann M. Wakana (SBN 232714)
E-mail: joann.wakana@alston.com
333 South Hope Street, 16th Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

ALSTON & BIRD LLP
Stephanie D. Clouston (admitted *pro hac vice*)
E-mail: stephanie.clouston@alston.com
Sean M. Whyte (admitted *pro hac vice*)
E-mail: sean.whyte@alston.com
2828 N. Harwood Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899

Attorneys for Defendants
MUELLER INDUSTRIES, INC. AND
FERGUSON ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ANDERSON, ROWE & BUCKLEY, INC., OLD REPUBLIC GENERAL INSURANCE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>FERGUSON ENTERPRISES, INC., MUELLER INDUSTRIES, INC., COMPASS ASIA, DOES 1 through 10,<br><br>Defendants. | Case No.: CV-11-1428-LB<br>ASSIGNED TO JUDGE LAUREL BEELER<br><br>NOTICE OF SUBSTITUTION OF COUNSEL AND CHANGE OF FIRM NAME AND ADDRESS; [PROPOSED] ORDER |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Defendants Mueller Industries, Inc. and Ferguson Enterprises, Inc. hereby substitute Alston & Bird LLP in place of Jones Day as counsel of record in this action. The contact information for new counsel is as follows:

> Joann M. Wakana (SBN 232714)
> ALSTON & BIRD LLP
> E-mail: joann.wakana@alston.com
> 333 South Hope Street, 16th Floor
> Los Angeles, California 90071
> Telephone: (213) 576-1000
> Facsimile: (213) 576-1100

PLEASE TAKE FURTHER NOTICE that Stephanie Clouston and Sean Whyte are no longer affiliated with the law firm Jones Day. Stephanie Clouston and Sean Whyte are now affiliated with Alston & Bird LLP, and respectfully request the Court update its records in the case as follows:

> Stephanie D. Clouston (admitted *pro hac vice*)
> E-mail: stephanie.clouston@alston.com
> Sean M. Whyte (admitted *pro hac vice*)
> E-mail: sean.whyte@alston.com
> ALSTON & BIRD LLP
> 2828 N. Harwood Street, Suite 1800
> Dallas, Texas 75201
> Telephone: (214) 922-3400
> Facsimile: (214) 922-3899

DATED: September 22, 2011

_____
Ami P. Kelley
Mueller Industries, Inc.

DATED: September 22, 2011

_____
Joy Hall
Ferguson Enterprises, Inc.

-2-
NOTICE OF SUBSTITUTION OF COUNSEL AND CHANGE OF FIRM NAME AND ADDRESS

1 | Jones Day hereby consents to this substitution.

2 | DATED: September 22, 2011

JONES DAY

*/s/ Noel Rodriguez*
Noel Rodriguez
Attorney for Defendants Mueller Industries, Inc. and Ferguson Enterprises, Inc.

6 | Alston & Bird LLP hereby accepts this substitution.

7 | DATED: September 22, 2011

ALSTON & BIRD LLP

*/s/ Joann Wakana*
Joann Wakana
Attorney for Defendants Mueller Industries, Inc. and Ferguson Enterprises, Inc.

11 | IT IS SO ORDERED:

12 | DATED: October 28, 2011

Honorable Laurel Beeler
United States Magistrate Judge

*IT IS SO ORDERED*
Judge Laurel Beeler
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)

-3-
NOTICE OF SUBSTITUTION OF COUNSEL AND CHANGE OF FIRM NAME AND ADDRESS