1  ALSTON & BIRD LLP
   Joann M. Wakana (SBN 232714)
2  E-mail: joann.wakana@alston.com
   333 South Hope Street, 16th Floor
3  Los Angeles, California 90071
   Telephone: (213) 576-1000
4  Facsimile: (213) 576-1100

5  ALSTON & BIRD LLP
   Stephanie D. Clouston (admitted *pro hac vice*)
6  E-mail: stephanie.clouston@alston.com
   Sean M. Whyte (admitted *pro hac vice*)
7  E-mail: sean.whyte@alston.com
   2828 N. Harwood Street, Suite 1800
8  Dallas, Texas 75201
   Telephone: (214) 922-3400
9  Facsimile: (214) 922-3899

10 Attorneys for Defendants
   MUELLER INDUSTRIES, INC. AND
11 FERGUSON ENTERPRISES, INC.

12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA
14                           OAKLAND DIVISION

15 

16 ANDERSON, ROWE & BUCKLEY, INC.,          Case No.: CV-11-1428-LB
   OLD REPUBLIC GENERAL INSURANCE           ASSIGNED TO JUDGE LAUREL
17 CORPORATION,                             BEELER

18               Plaintiffs,
                                            NOTICE OF SUBSTITUTION OF
19       v.                                 COUNSEL AND CHANGE OF FIRM
                                            NAME AND ADDRESS;
20 FERGUSON ENTERPRISES, INC.,              [PROPOSED] ORDER
   MUELLER INDUSTRIES, INC., COMPASS
21 ASIA, DOES 1 through 10,

22               Defendants.

---

NOTICE OF SUBSTITUTION OF COUNSEL AND CHANGE OF FIRM NAME AND ADDRESS

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Defendants Mueller Industries, Inc. and Ferguson Enterprises, Inc. hereby substitute Alston & Bird LLP in place of Jones Day as counsel of record in this action. The contact information for new counsel is as follows:

> Joann M. Wakana (SBN 232714)
> ALSTON & BIRD LLP
> E-mail: joann.wakana@alston.com
> 333 South Hope Street, 16th Floor
> Los Angeles, California 90071
> Telephone: (213) 576-1000
> Facsimile: (213) 576-1100

PLEASE TAKE FURTHER NOTICE that Stephanie Clouston and Sean Whyte are no longer affiliated with the law firm Jones Day. Stephanie Clouston and Sean Whyte are now affiliated with Alston & Bird LLP, and respectfully request the Court update its records in the case as follows:

> Stephanie D. Clouston (admitted *pro hac vice*)
> E-mail: stephanie.clouston@alston.com
> Sean M. Whyte (admitted *pro hac vice*)
> E-mail: sean.whyte@alston.com
> ALSTON & BIRD LLP
> 2828 N. Harwood Street, Suite 1800
> Dallas, Texas 75201
> Telephone: (214) 922-3400
> Facsimile: (214) 922-3899

DATED: September 22, 2011

_____
Ami P. Kelley
Mueller Industries, Inc.

DATED: September 22, 2011

_____
Joy Hall
Ferguson Enterprises, Inc.

1  Jones Day hereby consents to this substitution.

2  DATED: September 22, 2011

JONES DAY

*/s/ Noel Rodriguez*
Noel Rodriguez
Attorney for Defendants Mueller Industries, Inc.
and Ferguson Enterprises, Inc.

6  Alston & Bird LLP hereby accepts this substitution.

7  DATED: September 22, 2011

ALSTON & BIRD LLP

*/s/ Joann Wakana*
Joann Wakana
Attorney for Defendants Mueller Industries, Inc.
and Ferguson Enterprises, Inc.

11  IT IS SO ORDERED:

12  DATED: October 28, 2011

Honorable Laurel Beeler
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Laurel Beeler]*

-3-
NOTICE OF SUBSTITUTION OF COUNSEL AND CHANGE OF FIRM NAME AND ADDRESS