1  DAVID J. GARTHE, ESQ. (SBN 52398)
   dgarthe@bjg.com
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #26591
3  555 12th Street, Suite 1800
   Oakland, CA  94607
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Plaintiffs
6  ANDERSON, ROWE & BUCKLEY, INC.,
   OLD REPUBLIC GENERAL INSURANCE
7  CORPORATION

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 ANDERSON, ROWE & BUCKLEY, INC.,      )  Case No.:  C 11-01428 LB
   OLD REPUBLIC GENERAL INSURANCE       )
12 CORPORATION,                         )  **STIPULATION TO CONTINUE CASE**
                                        )  **MANAGEMENT CONFERENCE AND**
13            Plaintiffs,               )  **~~PROPOSED~~ ORDER**
                                        )
14 vs.                                  )
                                        )
15 FERGUSON ENTERPRISES, INC.,          )
   MUELLER INDUSTRIES, COMPASS ASIA,    )
16 DOES 1 through 10,                   )
                                        )
17            Defendants.               )
   ─────────────────────────────────── )

18

19        The undersigned hereby stipulate and jointly respectfully request the Court to order as

20 follows:

21        That the parties reached a complete settlement of this matter at the mediation before the

22 Hon. Rebecca Westerfield (Ret.) on November 7, 2011, as documented by the Certification of

23 ADR Session filed by the mediator on November 7, 2011, document 41 on the court's docket;

24        That the parties are working to finalize the settlement agreement, and anticipate completion

25 of all closing documents within the next 60 days;

26        That the parties respectfully request that the case management conference set for December

27 1, 2011 at 10:30 a.m. may be vacated, or, as an alternative, continued to January 19, 2012 at 10:30

28

-1-

1    a.m., or such other date and time as the court my order, in order to allow counsel sufficient time to

2    finalize the settlement agreement.

3    DATED:  November 29, 2011.

4
                             BOORNAZIAN, JENSEN & GARTHE
                             A Professional Corporation

5

6
                             By: /s/  David J. Garthe
                                 DAVID J. GARTHE, ESQ.

7
                                 Attorneys for Plaintiffs
                             ANDERSON, ROWE & BUCKLEY,

8
                               INC., OLD REPUBLIC GENERAL
                                   INSURANCE CORPORATION

9    DATED:  November 29, 2011.

10
                             ALSTON & BIRD LLP

11

12
                             By: /s/ Stephanie D. Clouston
                               STEPHANIE D. CLOUSTON, ESQ.

13
                               SEAN M. WHYTE, ESQ.
                             Attorneys for Defendants MUELLER

14
                               INDUSTRIES, INC. & FERGUSON
                                 ENTERPRISES, INC.

15    DATED:  November 29, 2011.

16
                             GORDON & REES

17
                             By: **/S/ Eulalio J. Garcia**
                               EULALIO GARCIA, ESQ.

18
                             Attorneys for Defendant COMPASS
                               ASIA, INC.

19

20                             **ORDER**

21       Good Cause appearing therefore, the Case Management Conference set for December 1,

22    2011 at 10:30 a.m. in action no. C 11-01428 LB is hereby continued to _January 19, 2011___ at

23    10:30 a.m.  The parties shall file a joint case management conference statement no later than

   _January 12, 2011_.

24    DATED:_ November 30, 2011

25

26
                                   _____
                                 LAUREL BEELER
                    United States District Magistrate Judge

   26591\562573

27

28

                                 -2-