DAVID J. GARTHE, ESQ. (SBN 52398)
dgarthe@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #26591
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Plaintiffs
ANDERSON, ROWE & BUCKLEY, INC.,
OLD REPUBLIC GENERAL INSURANCE
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON, ROWE & BUCKLEY, INC., OLD REPUBLIC GENERAL INSURANCE CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>FERGUSON ENTERPRISES, INC., MUELLER INDUSTRIES, COMPASS ASIA, DOES 1 through 10,<br><br>Defendants. | Case No.:  C 11-01428 LB<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND** ~~PROPOSED~~ **ORDER** |

The undersigned hereby stipulate and jointly respectfully request the Court to order as follows:

That the parties reached a complete settlement of this matter at the mediation before the Hon. Rebecca Westerfield (Ret.) on November 7, 2011, as documented by the Certification of ADR Session filed by the mediator on November 7, 2011, document 41 on the court's docket;

That the parties are working to finalize the settlement agreement, and anticipate completion of all closing documents within the next 60 days;

That the parties respectfully request that the case management conference set for December 1, 2011 at 10:30 a.m. may be vacated, or, as an alternative, continued to January 19, 2012 at 10:30

-1-

a.m., or such other date and time as the court my order, in order to allow counsel sufficient time to finalize the settlement agreement.

DATED: November 29, 2011.

        BOORNAZIAN, JENSEN & GARTHE
        A Professional Corporation

        By: /s/ David J. Garthe
        DAVID J. GARTHE, ESQ.
        Attorneys for Plaintiffs
        ANDERSON, ROWE & BUCKLEY, INC., OLD REPUBLIC GENERAL INSURANCE CORPORATION

DATED: November 29, 2011.

        ALSTON & BIRD LLP

        By: /s/ Stephanie D. Clouston
        STEPHANIE D. CLOUSTON, ESQ.
        SEAN M. WHYTE, ESQ.
        Attorneys for Defendants MUELLER INDUSTRIES, INC. & FERGUSON ENTERPRISES, INC.

DATED: November 29, 2011.

        GORDON & REES

        By: /S/ Eulalio J. Garcia
        EULALIO GARCIA, ESQ.
        Attorneys for Defendant COMPASS ASIA, INC.

## ORDER

Good Cause appearing therefore, the Case Management Conference set for December 1, 2011 at 10:30 a.m. in action no. C 11-01428 LB is hereby continued to January 19, 2011 at 10:30 a.m. The parties shall file a joint case management conference statement no later than January 12, 2011.

DATED: November 30, 2011

        _____
        LAUREL BEELER
        United States District Magistrate Judge

*IT IS SO ORDERED* — Judge Laurel Beeler

26591\562573

-2-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER; USDC-Nor. Dist. of CA Case No. C 11-01428 LB