1  DAVID J. GARTHE, ESQ. (SBN 52398)
   dgarthe@bjg.com
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #26591
3  555 12th Street, Suite 1800
   Oakland, CA  94607
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Plaintiffs
6  ANDERSON, ROWE & BUCKLEY, INC.,
   OLD REPUBLIC GENERAL INSURANCE
7  CORPORATION

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 ANDERSON, ROWE & BUCKLEY, INC.,        )   Case No.:  C 11-01428 LB
   OLD REPUBLIC GENERAL INSURANCE         )
12 CORPORATION,                           )   **STIPULATION TO CONTINUE CASE**
                                          )   **MANAGEMENT CONFERENCE AND**
13                Plaintiffs,             )   ~~**PROPOSED**~~ **ORDER**
                                          )
14 vs.                                    )
                                          )
15 FERGUSON ENTERPRISES, INC.,            )
   MUELLER INDUSTRIES, COMPASS ASIA,      )
16 DOES 1 through 10,                     )
                                          )
17                Defendants.             )
                                          )

18

19     The undersigned hereby stipulate and jointly respectfully request the Court to order as

20 follows:

21     That the parties reached a complete settlement of this matter at the mediation before the

22 Hon. Rebecca Westerfield (Ret.) on November 7, 2011, as documented by the Certification of

23 ADR Session filed by the mediator on November 7, 2011, document 41 on the court's docket;

24     That the parties are working to finalize the settlement agreement, and anticipate completion

25 of all closing documents within the next 60 days;

26     That the parties respectfully request that the case management conference set for January

27 19, 2012 at 10:30 a.m. may be vacated, or, as an alternative, continued to April 19, 2012 at 10:30

28
-1-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER; USDC-Nor.
Dist. of CA Case No. C 11-01428 LB

a.m., or such other date and time as the Court may order, in order to allow counsel sufficient time to finalize the settlement agreement.

DATED:  January 12, 2012.

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/ *David J. Garthe*
DAVID J. GARTHE, ESQ.
Attorneys for Plaintiffs
ANDERSON, ROWE & BUCKLEY,
INC., OLD REPUBLIC GENERAL
INSURANCE CORPORATION

DATED:  January 12, 2012.

ALSTON & BIRD LLP

By: /s/ *Sean M. Whyte*
SEAN M. WHYTE, ESQ.
Attorneys for Defendants MUELLER
INDUSTRIES, INC. & FERGUSON
ENTERPRISES, INC.

DATED:  January 12, 2012.

GORDON & REES

By: /s/ *Eulalio Garcia*
EULALIO GARCIA, ESQ.
Attorneys for Defendant COMPASS
ASIA, INC.

**ORDER**

Good Cause appearing therefore, the Case Management Conference set for January 19, 2012 at 10:30 a.m. in action no. C 11-01428 LB is hereby continued to April 26, 2012 at 10:30 a.m.  The parties shall file a joint case management conference statement no later than April 19, 2012.

DATED: January 18, 2012

LAUREL BEELER
United States District Magistrate Judge

26591\566843

-2-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER; USDC-Nor. Dist. of CA Case No. C 11-01428 LB