DAVID J. GARTHE, ESQ. (SBN 52398)
dgarthe@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #26591
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Plaintiffs
ANDERSON, ROWE & BUCKLEY, INC.,
OLD REPUBLIC GENERAL INSURANCE
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON, ROWE & BUCKLEY, INC., OLD REPUBLIC GENERAL INSURANCE CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>FERGUSON ENTERPRISES, INC., MUELLER INDUSTRIES, COMPASS ASIA, DOES 1 through 10,<br><br>　　　　　Defendants. | Case No.:  C 11-01428 LB<br><br>**STIPULATION TO DISMISS ACTION PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties herein, through their respective counsel, hereby stipulate that the above action and the complaint for damages filed on January 31, 2011 in the San Francisco County Superior Court, and Notice of Removal to this jurisdiction filed on March 24, 2011 be and hereby is **DISMISSED WITH PREJUDICE**, and that each party shall bear their costs of suit incurred herein, including attorneys' fees.

DATED:  May 15, 2012.

　　　　　　　　　　　　　　　　　　BOORNAZIAN, JENSEN & GARTHE

　　　　　　　　　　　　　　　　　　By: _/s/ *David J. Garthe*_
　　　　　　　　　　　　　　　　　　　　　DAVID J. GARTHE, ESQ.
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs ANDERSON,
　　　　　　　　　　　　　　　　　　ROWE & BUCKLEY, INC., OLD
　　　　　　　　　　　　　　　　　　REPUBLIC GENERAL INS. CORP.

-1-

STIP TO DISMISS ACTION PURSUANT TO FRCP 41(a)(1)(A)(ii); USDC-Nor. Dist. of CA #C11-01428 LB

DATED: May 15, 2012.

ALSTON & BIRD LLP

By: /s/ *Sean M. Whyte*
SEAN M. WHYTE, ESQ.
Attorneys for Defendants MUELLER INDUSTRIES, INC. & FERGUSON ENTERPRISES, INC.

DATED: May 15, 2012.

GORDON & REES

By: /s/ *Eulalio Garcia*
EULALIO GARCIA, ESQ.
Attorneys for Defendant COMPASS ASIA, INC.

**ORDER**

GOOD CAUSE appearing therefor, and all parties having so stipulated, the court hereby orders that plaintiff's complaint is dismissed with prejudice, and that each party shall bear their costs of suit incurred herein, including attorneys' fees.

DATED: May 17, 2012.

HON. LAUREL BEELER
United States District Magistrate Judge

STIP TO DISMISS ACTION PURSUANT TO FRCP 41(a)(1)(A)(ii); USDC-Nor. Dist. of CA #C11-01428 LB