1  DAVID J. GARTHE, ESQ. (SBN 52398)
   dgarthe@bjg.com
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #26591
3  555 12th Street, Suite 1800
   Oakland, CA  94607
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897

   Attorneys for Plaintiffs
6  ANDERSON, ROWE & BUCKLEY, INC.,
   OLD REPUBLIC GENERAL INSURANCE
7  CORPORATION

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

11  ANDERSON, ROWE & BUCKLEY, INC.,    )  Case No.:  C 11-01428 LB
    OLD REPUBLIC GENERAL INSURANCE     )
12  CORPORATION,                       )  **STIPULATION TO DISMISS ACTION**
                                       )  **PURSUANT TO FRCP 41(a)(1)(A)(ii)**
13                 Plaintiffs,         )
                                       )
14  vs.                                )
                                       )
15  FERGUSON ENTERPRISES, INC.,        )
    MUELLER INDUSTRIES, COMPASS ASIA,  )
16  DOES 1 through 10,                 )
                                       )
17                 Defendants.         )
                                       )
18

19       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties herein, through

20  their respective counsel, hereby stipulate that the above action and the complaint for damages filed

21  on January 31, 2011 in the San Francisco County Superior Court, and Notice of Removal to this

22  jurisdiction filed on March 24, 2011 be and hereby is **DISMISSED WITH PREJUDICE**, and

23  that each party shall bear their costs of suit incurred herein, including attorneys' fees.

24  DATED:  May 15, 2012.

                                              BOORNAZIAN, JENSEN & GARTHE

                                              By:  /s/ *David J. Garthe*
                                                   DAVID J. GARTHE, ESQ.
                                                   Attorneys for Plaintiffs ANDERSON,
                                                   ROWE & BUCKLEY, INC., OLD
                                                   REPUBLIC GENERAL INS. CORP.

                                         -1-
STIP TO DISMISS ACTION PURSUANT TO FRCP 41(a)(1)(A)(ii); USDC-Nor. Dist. of CA #C11-01428 LB

DATED: May 15, 2012.

ALSTON & BIRD LLP

By: /s/ *Sean M. Whyte*
SEAN M. WHYTE, ESQ.
Attorneys for Defendants MUELLER INDUSTRIES, INC. & FERGUSON ENTERPRISES, INC.

DATED: May 15, 2012.

GORDON & REES

By: /s/ *Eulalio Garcia*
EULALIO GARCIA, ESQ.
Attorneys for Defendant COMPASS ASIA, INC.

**ORDER**

GOOD CAUSE appearing therefor, and all parties having so stipulated, the court hereby orders that plaintiff's complaint is dismissed with prejudice, and that each party shall bear their costs of suit incurred herein, including attorneys' fees.

DATED: May 17, 2012.

HON. LAUREL BEELER
United States District Magistrate Judge

-2-

STIP TO DISMISS ACTION PURSUANT TO FRCP 41(a)(1)(A)(ii); USDC-Nor. Dist. of CA #C11-01428 LB